UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM BRADFORD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:04-CV-1710 CDP |
| | ) | |
| LINDA MEADE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER AND MEMORANDUM**

This matter is before the Court upon its own motion. On April 28, 2005, each plaintiff was granted twenty days in which to submit the Court's form "Motion to Proceed without Prepayment of Costs" and "Financial Affidavit - CJA 23" [Doc. #4]. The Court instructed the Clerk of Court to send the requisite forms to plaintiffs; however, plaintiffs mistakenly were sent the Court forms entitled "Motion to Proceed In Forma Pauperis and Affidavit in Support–Prisoner Cases."

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that the Clerk of Court shall provide plaintiffs with the court forms entitled "Motion to Proceed without Prepayment of Costs" and "Financial Affidavit - CJA 23."

**IT IS FURTHER ORDERED** that each plaintiff shall have twenty (20) days from the date of this Order to pay the statutory filing fee of $250.00, or to submit a fully completed and signed "Motion to Proceed without Prepayment of Costs" and "Financial Affidavit - CJA 23."

1

**IT IS FURTHER ORDERED** that if, within twenty (20) days from the date of this Order, plaintiffs fail to pay the filing fee or if either plaintiff fails to submit a fully completed and signed "Motion to Proceed without Prepayment of Costs" and "Financial Affidavit - CJA 23," the case shall be dismissed, without prejudice.

**IT IS FURTHER ORDERED** that if each plaintiff timely submits a "Motion to Proceed without Prepayment of Costs" and "Financial Affidavit - CJA 23," the Clerk shall cause this case to be resubmitted to the Court for review under 28 U.S.C. § 1915.[1]

Dated this 1st day of June, 2005.

_____
**UNITED STATES DISTRICT JUDGE**

---

[1] If plaintiffs pay the filing fee, they will be responsible for serving the summons and complaint upon the defendants. See Fed. R. Civ. P. 4(d). Service must be made within 120 days of the filing of the complaint (in the instant case, within 120 days of the payment of the filing fee). See Fed. R. Civ. P. 4(m). Plaintiffs are advised that they may seek guidance on serving the defendants from the Office of the Clerk.