UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM BRADFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:04CV1710 CDP |
| ) | |
| LINDA MEADE, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter is before me on plaintiff's motion for referral to early neutral evaluation. The motion will be denied, but the Court would consider a future request to refer this case to alternative dispute resolution if agreed to by both parties.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for referral to early neutral evaluation [#29] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 1st day of May, 2006.